# LAW OFFICES OF JOSEPH F. KILADA, P.C.

**Long Island Office**
1 Old Country Road, Suite 347
Carle Place, NY 11514
Phone: (516) 222-0454
Fax: (516) 908-4266

June 11, 2012

**VIA ECF & FACSIMILE**
Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

                                  RE:    **United States v. Emiliano Vasquez**
                                                 08-CR-65 (SLT)

Dear Judge Townes:

      Pursuant to the Court's direction at the last status conference in the above-captioned matter, I enclose a proposed order directing the assignment of Dr. Marc Janosen under the Criminal Justice Act to determine whether Mr. Vasquez is mentally competent to assist properly in his defense and whether he is unable to understand the nature and consequences of the proceedings against him.

                                                                             Respectfully Submitted,

                                                                             Joseph F. Kilada
                                                                              Attorney at Law

CC: File
CC: A.U.S.A. Daniel Silver (By ECF)